NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY ALONZO WILLIAMS, )
)
Appellant, )
)
v. ) Case No. 2D13-2202
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed December 24, 2014.

Appeal from the Circuit Court for Lee
County; Edward J. Volz, Jr., Judge.

Howard L. Dimmig, II, Public Defender, and
Alisa Smith, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.


CASANUEVA, Judge.

Anthony Alonzo Williams appeals his judgment and sentence entered

following his no contest plea to the charge of possession of a weapon and/or

ammunition by a convicted felon. We affirm without prejudice to any right he may have

to file a motion for postconviction relief.  See <u>Fisher v. State</u>, 35 So. 3d 143, 144 (Fla. 2d DCA 2010).

Affirmed.

WALLACE and SLEET, JJ., Concur.